Alexander E. Wolf (SBN 299775)
awolf@milberg.com
**MILBERG, PLLC**
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212
Tel: 872-365-7060

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEE SEVERINO, GAYLE BROWNLEE, and POOJA PRAKASH, individually and on behalf of all similarly situated persons, | Case No. _____ |
| Plaintiffs, | **CLRA VENUE DECLARATION** |
| v. | |
| SHEIN US SERVICES, LLC, a Delaware Limited Liability Company; ROADGET BUSINESS PTE, LTD., a Singapore private limited company; ZOETOP BUSINESS CO., LTD., a Hong Kong private limited company; and DOES 1-10, | |
| Defendants. | |

I, Alexander Wolf, declare as follows:

1.    I am an attorney of record in this matter and an individual over eighteen years of age. I make this declaration pursuant to California Civil Code § 1780(d).

2.    The Complaint in this action is filed in a proper place because a substantial portion of the transactions alleged in the Complaint occurred in this district for at least one plaintiff and defendant Shein US Services, LLC does business in this district. Specifically, I am informed that Plaintiffs Stacee Severino and Gayle Brownlee purchased at least one challenged product within this district from Shein's e-commerce store, and the product was shipped to their respective addresses in this district. And several order numbers are listed in the Complaint. As such, it is my understanding that Defendant does business in this district.

3.    I declare under penalty of perjury under the laws of California and the United States that the foregoing is to my knowledge true and correct.


Dated: May 5, 2026

/s/ Alexander E. Wolf
Alexander Wolf

CLRA VENUE DECLARATION